1   James A. Quadra (SBN 131084)
2   jquadra@quadracoll.com
    Rebecca M. Coll (SBN 184468)
3   rcoll@quadracoll.com
    QUADRA & COLL, LLP
4   649 Mission St Fl 5
    San Francisco, California 94105
5   Telephone: (415) 426-3502

6
    Kirstin M. Jahn, *Pro Hac Vice Pending*
7   Kirstin@jahnlaw.com
    JAHN & ASSOCIATES, LLC
8   1942 Broadway Suite 314
    Boulder, CO 80302
9   Telephone: (303) 545-5128

10
    *Attorneys for Plaintiff*
11  Genomma Lab Internacional,, S.A.B. de C.V.

12

13                  UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16  GENOMMA LAB INTERNACIONAL,          Case No.  22-1759
    S.A.B. de C.V., a Mexican corporation,
17                                      **COMPLAINT**
              Plaintiff,
18                                      **DEMAND FOR JURY TRIAL**
         v.
19
20  MPREZAS, INC., a California corporation,

21            Defendant.

22

23

24

25

26

27

28

1    Plaintiff, Genomma Lab Internacional, S.A.B. de C.V. ("Plaintiff") as and for its

2    Complaint against Defendant, MPrezas, Inc. ("Defendant"), alleges the following:

3    **Jurisdiction and Venue**

4    1.    This is a federal trademark infringement action arising under 15 U.S.C. §§

5    1051 - 1127.  Jurisdiction is proper under 15 U.S.C. §1121, 17 U.S.C. §502 and 28 U.S.C.

6    §§1331,1338 and 1367.

7    2.    This Court has personal jurisdiction over Defendant because Defendant is

8    incorporated in California.

9    3.    Venue is proper under 28 U.S.C. §1391 in this District because Defendant has

10    a principal place of business in this District.

11    **The Parties**

12    4.    Plaintiff is a Mexican corporation with a principal place of business located at

13    Ave. Antonio Dovali Jaime No.70 Torre A, Col. Santa Fe, Mexico City, Mexico 01210.

14    5.    On information and belief, Defendant is a California corporation with a

15    principal place of business at 4900 Hopyard Rd. Suite 100, Pleasanton, California 94588.

16    **Facts**

17    6.    Plaintiff is a multinational company with subsidiaries throughout Latin

18    America and the United States and is in the business of developing, marketing and selling

19    pharmaceutical and personal care products.

20    7.    Plaintiff has a federal registration for the trademark TUKOL which was

21    registered at the USPTO on December 27, 2011 for use in connection with pharmaceutical

22    antitussive-sold preparations, receiving Registration Number 4075665.  The registration has

23    been maintained and renewed since that time. A copy of Plaintiff 's trademark registration

24    certificate for TUKOL is attached as Exhibit A.

25    8.    Plaintiff's TUKOL mark ("the TUKOL Mark") has been continuously used in

26    connection with the goods registered and Plaintiff has expended a great amount of time,

27    effort and money in connection with the promotion and advertisement of its goods

28    throughout the United States.  As a result, the TUKOL Mark has become distinctive and an

asset of substantial value, generating tremendous goodwill as a symbol of Plaintiff and its quality goods, distinguishing them from similar goods of others.

9.      Notwithstanding, or more likely because of, Plaintiff's well-known and prior common law and statutory rights in the TUKOL Mark, Defendant, with at least constructive notice of the TUKOL Mark and its tradedress, adopted and began using a similar mark - TUKOF- with the same or similar tradedress as Plaintiff's product packaging such that Defendant's packaging has the same look and feel as Plaintiff's packaging for its TUKOL Mark. Below is a photo of Plaintiff's TUKOL packaging in the lower right corner alongside Defendant's product for TUKOF located on a store shelf at the Northgate Botica in California.



10.     Below is one form of Plaintiff's packaging for TUKOL ("TUKOL 1") on the left and one of Defendant's TWKOF products on the right .

1
2
3
4
5
6
7
8
9
10

 

11.     Below is a side by side comparison of Plaintiff's TUKOL product for children (left) ("TUKOL 2") next to Defendant's TUKOF/TWKOF product for children (right) showing the similarity of the marks and product packaging.

 

12.     On February 16, 2022 Plaintiff registered its TUKOL design 1 packaging (TUKOL #1) with the U.S. Copyright Office receiving registration number VA-2-287-511.

13.     On February 17, 2022 Plaintiff registered its TUKOL design 2 packaging

(TUKOL #2) with the U.S. Copyright Office receiving registration number VA-2-287-894. A copy of Plaintiff's Copyright Registration Certificates for TUKOL design 1 and TUKOL design 2 are attached as Exhibit B.

14.    Plaintiff's TUKOL packaging is distinctive and non-functional.

15.    Defendant's mark and packaging copy Plaintiff's packaging in numerous respects, including the following:

a)    They both have the mark reflected in the same font in black against a white background with the letter "T" in capital letters and the remaining letters in small case.

b)    The "w" portion of Defendant's "Twkof" mark is reflected as a cursive "u."

c.)    They both show a person's chest with an arrow showing air coming from the lungs.  In some of the product comparisons the person is reflected in orange tones with the arrow in yellow.

d)    The colors used on the packaging is similar primarily using white, green and orange colors.

e)    The children's product packaging is very similar in images, design, artwork, colors, arrangement and content.

16.    A chart comparing the trade dress of three TUKOL products and packaging of Plaintiff with two products and packaging of Defendant is shown in Exhibit C.  Exhibit C1 is a comparison of Plaintiff's TUKOL design 1 copyrighted work with one of Defendant's designs.  Exhibit C2 is a comparison of Plaintiff's TUKOL design 2 copyrighted work with one of Defendant's products.  Exhibit C3 is a comparison of Plaintiff's TUKOL product as shown above in the image at the Northgate Botica store in California in comparison with Defendant's product shown right next to it.

17.    Both Plaintiff's and Defendant's products primarily target the Spanish speaking market.

18.    Defendant applied for trademark registration of the word TWKOF on July 7,

2020, receiving registration on February 9, 2021 under Registration Number 6265508. A copy of Defendant's trademark registration is attached as Exhibit D.

19.    On information and belief Defendant applied for the mark TWKOF in bad faith intending to deceive the USPTO so that it would obtain registration for this mark, but use it in such a manner that it looks like Plaintiff's TUKOL mark and product packaging.

20.    On information and belief, Defendant adopted and started using TWKOF in the United States in bad faith, attempting to unfairly benefit from the reputation and goodwill established by Plaintiff's TUKOL Mark.

21.    Plaintiff's valuable goodwill and highly valuable reputation for its pharmaceutical products is in jeopardy because of Defendant's use of a similar mark and packaging in connection with the same goods.

22.    On information and belief, Defendant's adoption and use of TWKOF was and is intended to cause confusion, mistake and deception of potential purchasers as to the source, origin or affiliation of Defendant with Plaintiff in violation of Section 43(a) of the Lanham Act.

23.    On information and belief, since Defendant is profiting from its willful confusion, such confusion, mistake and deception of purchasers as to the source, origin or affiliation of Plaintiff and its TUKOL products with Defendant and its TWKOF products will continue.

24.    The goodwill of Plaintiff's business under its Mark is of significant value and has and will suffer irreparable harm to the detriment of Plaintiff's trade reputation and goodwill should Defendant's infringement be allowed to continue.

25.    Shortly after becoming aware of Defendant's wrongful conduct, in or about February 18, 2021, Plaintiff, through its attorney, sent a cease and desist letter to Defendant showing the similarities between the two products and asking Defendant to cease use.

26.    Defendant responded on March 25, 2021 refusing to cease and desist.

27.    The use of a similar mark and packaging of Plaintiff's TUKOL Mark by Defendant has been, and continues to be, willful and deliberate.

28.     On information and belief, actual confusion of consumers has occurred and will continue to occur as a result of the acts of Defendant complained of herein, unless Defendant is enjoined from continuing said infringing acts.

29.     On information and belief, Defendant's TWKOF product is not listed in the FDA database of National Drug Code Directory for any of its TWKOF products.

30.     On information and belief, Defendant has provided false National Drug Codes on its TWKOF products because neither of the NDC codes shown on its products are listed in the FDA database, including NDC 69729-620-06 for Defendant's children's TUKOL/TWKOF product, or NDC 69729-621-06 shown on Defendant's packaging for its adult TUKOL/TWKOF products.

31.     On information and belief, Defendant's TWKOF products are mislabeled with inaccurate or non-existent FDA National Drug Codes.

32.     On information and belief, Defendant's TWKOF product is not labeled according to FDA requirements for drugs because there are no products listed in the NDC Directory for the product TWKOF.

## CLAIM I

### Trademark Infringement

### 15 U.S.C. § 1114(a)

33.     Plaintiff repeats, realleges and reiterates each and every paragraph set forth above as if fully set forth herein.

34.     Plaintiff has priority over Defendant's for the use of the mark TUKOL because Plaintiff's mark registered in 2011 and Defendant did not start using its similar TWKOF mark and packaging until 2019.

35.     By the acts complained of herein, without permission from Plaintiff, Defendant has used in commerce a reproduction, counterfeit, copy or colorable imitation of the TUKOL Mark and its packaging in connection with the sale, offering for sale, distribution or advertising of its TWKOF goods which such use is likely to cause confusion, mistake or to deceive in violation of 15 U.S.C. § 1114(a).

36.    Plaintiff has been damaged by Defendant's willful infringement in an amount according to proof.

### CLAIM II

#### Unfair Competition

#### 15 U.S.C. § 1125(a)(1)(A)

37.    Plaintiff realleges and reiterates each and every paragraph set forth above as if fully set forth herein.

38.    Defendant's use in commerce of the TWKOF mark in connection with its goods and/or packaging constitutes a false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which is likely to cause confusion, mistake or to deceive as to the affiliation, connection, or association of Defendant with Plaintiff, or as to the origin, sponsorship or approval of Defendant's goods with Plaintiff goods, in violation of 15 U.S.C. § 1125(a).

39.    Plaintiff has been damaged by Defendant's willful unfair competition in an amount according to proof.

### CLAIM III

#### Trade Dress Infringement

40.    Plaintiff realleges and reiterates each and every paragraph set forth above as if fully set forth herein.

41.    Plaintiff's TUKOL trade dress on its TUKOL packaging is distinctive and has been used since, at least, 2012.

42.    Plaintiff's TUKOL trade dress is non-functional.

43.    The trade dress between Plaintiff's children's TUKOL product and Defendant's trade dress for its product is virtually identical because Defendant uses the same or similar image, colors, arrangement and wording in its packaging for its TWKOF/TUKOL product along with its use of a similar mark creates a substantial likelihood for confusion between Plaintiff and Defendant's products.  See, Exhibit C comparison of Plaintiff's TUKOL 1 product with one of Defendant's TWKOF products.

44.     The trade dress on the packaging between Plaintiff's other TUKOL products and Defendant's TWKOF products is also substantially similar because Defendant uses the same or similar image, colors, arrangement and wording in its packaging for its TWKOF products.  See Exhibit C comparison of Plaintiff's TUKOL 2 product with one of Defendant's TWKOF product.

45.     Plaintiff has been damaged by willful Defendant's trade dress infringement in an amount according to proof.

## CLAIM IV

### Trademark Cancellation

### 15 U.S.C. § 1119

46.     Plaintiff realleges and reiterates each and every paragraph set forth above as if fully set forth herein.

47.     Defendant's U.S. Trademark Registration Number 6265508 was procured in bad faith by representing its TWKOF mark with the letter "W" in its registration instead of the letter "U", in an attempt to circumvent a likelihood of confusion refusal because the mark appears to actually use the letter "U" (not "W") in commerce in connection with cough syrup.  In addition, Defendant's letter "F" looks like the same letter "L" as Plaintiff's mark as used in connection with its products and packaging because, among other things shown in Exhibit C, it has the same font, color and style as the lettering in Plaintiff's packaging.

48.     Defendant's TWKOF trademark is likely to be confused with Plaintiff's TUKOL trademark which has priority over Defendant because, among other things it has the same overall appearance, is used on the same goods, is located right next to Plaintiff's TUKOL product on store shelves and has the same trade channels.

49.     Defendant's TWKOF trademark registration has damaged Plaintiff and will continue to damage Plaintiff until it is cancelled.

# CLAIM V

## Copyright Infringement

### 17 U.S.C. §§ 101 et seq.

50.     Plaintiff realleges and reiterates each and every paragraph set forth above as if fully set forth herein.

51.     Defendant had access to Plaintiff's Copyrighted TUKOL design 1 and TUKOL design 2 because both product designs have been used in connection with the sale of Plaintiff's TUKOL products sold in the United States and abroad.

52.     Defendant copied Plaintiff's TUKOL design 1 and TUKOL design 2 without permission from Plaintiff.

53.     Defendant's packaging for its TWKOF products are substantially similar to Plaintiff's TUKOL product packaging.

54.     Defendant has infringed and will continue to infringe Plaintiff's TUKOL copyrighted designs by continuing to sell its TWKOF products in the marketplace.

55.     Defendant's willful infringement as caused Plaintiff damages in an amount according to proof.

## PRAYER FOR RELIEF

Plaintiff demands the following relief:

1.     Plaintiff be awarded its damages and Defendant's profits attributable to its trademark infringement, unfair competition and trade dress infringement pursuant to 15 U.S.C. § 1117(a);

2.     Plaintiff be awarded treble damages pursuant to 15 U.S.C. § 1117(a);

3.     Plaintiff be awarded its reasonable attorney's fees and costs of suit, under 15 U.S.C. §§ 1117 (a) and (b);

4.     Plaintiff be awarded damages, costs and attorneys fees pursuant to 17 U.S.C. §§ 501 et seq.

5.     An accounting be undertaken to determine the amount of a constructive trust to be established for the benefit of Plaintiff reflecting the value of Defendant's unjust

1    enrichment gained through its acts complained of herein;

2    6.    An injunction be issued against Defendant and its servants, agents, employees,

3    partners, successors and assigns, and all persons acting in concert or privity with them,

4    enjoining each of them, singly and collectively, from

5    (a) any further infringing use of Plaintiff's TUKOL Mark or any similarity

6    thereto, including through its product packaging,

7    (b) holding themselves out to the public as being affiliated with, connected to,

8    or sponsored by Plaintiff in any manner, or committing any acts likely to imply any such

9    relationship or affiliation,

10    (c) unfairly competing with Plaintiff, and

11    (d) advertising using or referencing TWKOF, TUKOL, TUKOF, or any mark

12    confusingly similar to any of these marks, including use of similar product packaging,

13    metatags within its on-line advertising, or any other advertising or marketing data.

14    7.    An order requiring Defendant to file with this Court and serve on Plaintiff,

15    within thirty days after the service of an injunction, a report in writing under oath, setting

16    forth in detail the manner and form in which Defendant has complied with the injunction.

17    8.    An order preventing Defendant's unfair competition and awarding damages

18    necessary to restore to Plaintiff any money or property which Defendant has acquired by

19    means of its unfair competition;

20    9.    An order cancelling Defendant's TWKOF U.S. Trademark Registration

21    Number 6265508;

22    10.    An order awarding Plaintiff prejudgment interest on any monetary award; and

23    11.    Such other and further relief as this Court deems just and proper.

24    Dated:  March 19, 2022                    QUADRA & COLL, LLP

25                                    By:    _____*/s/ Rebecca Coll*_____

26                                    Rebecca Coll
                                     649 Mission Street, 5th Floor

27                                    San Francisco, CA 94105
                                     415-426-3502

28                                    rcoll@quadracoll.com

1
2
3
4
5
6

Kirstin M. Jahn
Pro Hac Vice Pending
1942 Broadway Suite 314
Boulder, CO 80302
303-545-5128
Kirstin@jahnlaw.com

*Attorneys for Plaintiff*
Genomma Lab Internacional

7

## DEMAND FOR JURY TRIAL

8        Pursuant to Fed.R.Civ.P. 38, Plaintiff hereby demands a trial by jury on all issues so

9    triable in this action.

10

11   Dated:  March 19, 2022                          QUADRA & COLL, LLP

12

13                                           By:        */s/ Rebecca Coll*
                                                     Rebecca Coll
14                                                   649 Mission Street, 5th Floor
                                                     San Francisco, CA 94105
15                                                   415-426-3502
                                                     rcoll@quadracoll.com
16

17                                                   Kirstin M. Jahn
                                                     Pro Hac Vice Pending
18                                                   1942 Broadway Suite 314
                                                     Boulder, CO 80302
19                                                   303-545-5128
                                                     kirstin@jahnlaw.com
20

21                                                   *Attorneys for Plaintiff*
                                                     Genomma Lab Internacional
22

23
24
25
26
27
28

# EXHIBIT A



# United States of America
## United States Patent and Trademark Office

# TUKOL

**Reg. No. 4,075,665**

**Registered Dec. 27, 2011**

**Int. Cl.: 5**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENOMMA LAB INTERNACIONAL, S.A.B. DE C.V. (MEXICO CORPORATION)
AV. PASEO DE LA REFORMA #122, 3-A
COL. JUAREZ MEXICO, DF, MEXICO 06600

FOR: PHARMACEUTICAL ANTITUSSIVE-COLD PREPARATIONS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF MEXICO REG. NO. 468682, DATED 7-5-1994, EXPIRES 7-5-2014.

SER. NO. 77-880,370, FILED 11-24-2009.

SARA BENJAMIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# EXHIBIT B

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-287-511

**Effective Date of Registration:**
February 16, 2022
**Registration Decision Date:**
February 17, 2022

---

## Title

|  |  |
|---|---|
| **Title of Work:** | TUKOL design 1 |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | December 31, 2012 |
| **Nation of 1ˢᵗ Publication:** | Mexico |

## Author

|  |  |
|---|---|
| • **Author:** | Genomma Lab Internacional, S.A.B. de C.V. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Mexico |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Genomma Lab Internacional, S.A.B. de C.V. |
|  | Ave. Antonio Dovali Jaime No.70 Torre C,  Piso 2 Desp A, Col. Santa Fe, Mexico City, 01210, Mexico |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Jahn & Associates, LLC |
| **Name:** | Kirstin Jahn |
| **Email:** | kirstin@kmjlaw.com |
| **Telephone:** | (303)545-5128 |
| **Address:** | 1942 Broadway |
|  | Suite 314 |
|  | Boulder, CO 80302 United States |

Page 1 of 2

## Certification

**Name:** Kirstin M. Jahn
**Date**: February 16, 2022

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-287-894

**Effective Date of Registration:**
February 17, 2022
**Registration Decision Date:**
February 22, 2022

---

## Title

**Title of Work:** TUKOL design 2

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** December 31, 2013
**Nation of 1st Publication:** Mexico

## Author

- **Author:** Genomma Lab Internacional, S.A.B. de C.V.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Mexico

## Copyright Claimant

**Copyright Claimant:** Genomma Lab Internacional, S.A.B. de C.V.
Ave. Antonio Dovali Jamie No. 70, Torre A Col. Santa Fe, Mexico City, 01210, Mexico

## Rights and Permissions

**Organization Name:** Jahn & Associates, LLC
**Name:** Kirstin Jahn
**Email:** kirstin@jahnlaw.com
**Telephone:** (303)545-5128
**Address:** 1942 Broadway, Suite 314
Boulder, CO 80302 United States

## Certification

Page 1 of 2

**Name:**  Kirstin Jahn
**Date**:  February 17, 2022

# EXHIBIT C

# EXHIBIT C1

Compared: TUKOL design 1 product packaging with TWKOF product packaging

**Comparison of TUKOL design 1 with TWKOF**

 

| TUKOL design 1 Product | TWKOF          Product |
|---|---|
| The word "Tukol" shows a capital "T" followed by lower case letters in black type against a white background. | X<br>The word "Twkof" shows a capital "T" followed by lower case letters in black type against a white background in the same font as TUKOL. |
| The letters "k","o" and "l" in the word "Tukol" are in small case, in black type and in the same font against a white background | X<br>The letters "k","o" and "f" are in small case, black type and the same font as TUKOL lettering, all against a white background |
| The letter "u" in "Tukol" is in small case, black lettering against a white background. | X The letter "u" in "Tukof" is reflected in small case cursive script instead of a small case regular "w" and in black type against a white background. |





| An image of a person's chest with an arrow showing air coming up from the lungs. | X<br>An image of a person's chest with an arrow showing air coming up from the lungs. |
|---|---|
| The image of the person is in orange with red tones or highlights.  In yellow are arrows from each lung converging together to go up the airway. | X<br>The image of the person is in orange with red tones or highlights.  In yellow are arrows from each lung converging together to go up the airway. |
| The words "Multi Symptom Cold" written in white letters with a black outline | X<br>The words "Cold, Flue & Sore Throat" written in the same font as TUKOL packaging with white letters against a black background. |





| | |
|---|---|
| The word "Adult" in orange with a white background | The word "Adult" in white with an orange background. |





| Against a green background, the following phrases in orange letters with white trim: | X<br>In a green background, the following phrases in white letters set against an orange background: |
|---|---|
| "Expectorant/Expectorante"<br><br>"Cough Suppressant/Antitusivo"<br><br>"Nasal Decongestant/Decongestionante Nasal | "Relieves Headache & Fever (Acetaminophen)"<br><br>"Controls Cough (Dextromethorphan Hbr)"<br><br> "Thins and Loosens Mucus (Guaifenesin)"<br><br>"Relieves Nasal Congestion (Penylephrine HCI)" |

# EXHIBIT C2

Compared: TUKOL design 2 product packaging with TWKOF product packaging

**Comparison of TUKOL 2 with TWKOF**



| Description of packaging<br>TUKOL 2 | TWKOF |
|---|---|
| The letter "T" is a capital letter followed by lower case remaining letters in black type in the same font against a white background. | X<br>The letter "T" in "Twkof" is a capital letter followed by lower case remaining letters in black type in the same font as TUKOL against a white background. |
| The letters "k","o" and "l" in "Tukol" are in small case, in black type and the same font against a white background | X<br>The letters "k","o" and "f" in "Tukof" are in small case, black type and the same font as TUKOL lettering, all against a white background |
| The letter "u" in "Tukol" is in small case and black type against a white background. | X<br>The letter "u" in "Tukof" is reflected in small case cursive script instead of a small case regular "w"and is in black type against a white background. |

**Comparison of TUKOL 2 with TWKOF**



| In the upper right corner against a white background is the word "Oral" in black lettering | X<br>In the upper right corner against a white background is the word "Oral" in black lettering |
|---|---|
| The word "Infanti" is shown directly under the "k" in "Tukol" and the word "Infanti" is shown with each letter in a different color reflecting blue, red, orange, green, purple, and yellow. | X<br>The word "children" is shown directly under the "k" in "Tukol" with each letter in a different color reflecting the colors blue, red, orange, green, purple and yellow. |

**Comparison of TUKOL 2 with TWKOF**



| | |
|---|---|
| Directly underneath the word "Infanti" is an image showing a child with its lungs shown in the color orange with an arrow indicating air coming up from the lungs through the mouth. The image of the head cuts off at the middle of the nose. | X<br>Directly under the word "children" is an image showing a child with lungs shown in the color orange with an arrow indicating air coming up from the lungs through the mouth. The image of the head cuts off at the middle of the nose. |
| The image and description of the product is set in a box with rounded corners on the top and outlined in white. | X<br>The image and description of the product is set in a box with rounded corners on the top and outlined in white. |

**Comparison of TUKOL 2 with TWKOF**



| At the bottom right side of the image in an orange box which is slanted on the left side are the words "Jarabe INFANTIL" literally meaning "Syrup Infant" or translated as "Children's syrup" | X  At the bottom right side of the image in an orange box which is slanted on the left side is the word "SYRUP" |
|---|---|
| Directly underneath are the words "Auxiliar en el alivio de la TOS y expulsion de flemas" (translated in English "Help in the relief of cough and expulsion of phlem") all in white letters, except for the words "cough" and "phlem" which are in orange type, and all words are set against a black background. | X Directly underneath the image are the words "Cold, Flu & Sore Throat" in white letters with the "&" in orange lettering and all the words are set against a black background. |

**Comparison of TUKOL 2 with TWKOF**



| | |
|---|---|
| Underneath the black box the following phrases are set against a green background each in an orange background outlined in white: "Tos Seca" with "Tos" in white letters and "Seca" in black letters; "Tos con flemas" with "Tos" in white letters and "con flemas" in black letters. (Translated: "Tos seca" means "dry cough"; and "Tos con flemas" means "coughing up phlegm.") | X Underneath the black box the following phrases are set against a green background each in an orange background outlined in white: "Relieves Headache & Fever (Acetaminophen)"; "Controls Cough (Dextromethorphan Hbr)"; "Thins and Loosens Mucus (Guaifenesin)"; "Relieves Nasel Congestion (Penylephrine HCl)" |
| | |

**Comparison of TUKOL 2 with TWKOF**



| | |
|---|---|
| Under the green box is another box in yellow with black lettering which states: "Caja con frasco con 125 mL y vaso dosificador" (Translated in English it means: "Box with bottle with 125 ML and measuring cup") | X Under the green box is another box in yellow with black lettering which states: "Box with bottle with 6 fl oz (177 mL) and measuring cup." |

# EXHIBIT C3

Compared:

TUKOL packaging shown in
Northgate Botica next to TWKOF

**Comparison of TUKOL 3 Adult formula with TWKOF** Adult formula




| Description of packaging TUKOL 3 (Shown on the store shelf next to Defendant's product in the Complaint) | TWKOF |
| --- | --- |
| | |

| The letter "T" is a capital letter followed by lower case remaining letters in black type in the same font against a white background. | X<br>The letter "T" in "Twkof" is a capital letter followed by lower case remaining letters in black type in the same font as TUKOL against a white background. |
| --- | --- |
| The letters "u", "k","o" and "l" in "Tukol" are in small case, in black type and the same font as the letter "T" against a white background | X<br>The letters "k","o" and "f" in "Tukof" are in small case, black type and the same font as TUKOL lettering, all against a white background |

**Comparison of TUKOL 3 Adult formula with TWKOF** Adult formula




| Description of packaging<br>TUKOL 3<br>(Shown on the store shelf next to Defendant's product in the Complaint) | TWKOF |
|---|---|

| The letter "u" is reflected in small case, and black type against a white background | X<br>The letter "u" in "Tukof" is reflected in small case cursive script instead of a small case regular "w" and is in black type against a white background. |
|---|---|
| Below the mark against a green background, in white lettering are the words " SEVERE CONGESTION & COUGH and CONGESTION Y TOS SEVERAS" | X<br>Against a green background are separate boxes containing the information about the product |
| An image of a person's chest with an arrow showing air coming up from the lungs. | X<br>An image of a person's chest with an arrow showing air coming up from the lungs. |

**Comparison of TUKOL 3 Adult formula with TWKOF** Adult formula





| Description of packaging TUKOL 3 (Shown on the store shelf next to Defendant's product in the Complaint) | TWKOF |
| --- | --- |

| The image of the person is in orange tones with airways and arrows in yellow. The image shows red highlights throughout the body. | X The image of the person is in orange tones with airways and arrows in yellow. The image shows red highlights throughout the body. |
| --- | --- |

**Comparison of TUKOL 3 Adult formula with TWKOF** Adult formula





| Description of packaging<br>TUKOL 3<br>(Shown on the store shelf next to Defendant's product in the Complaint) | TWKOF |
|---|---|
| The following phrases are in black letters against a brown background with a green arrow pointing to each phrase<br><br>"Clears Nasal & Chest Congestion"<br>"Thins and Loosens Mucus"<br>"Controls Cough"<br><br>"Despeja la Congestion Nasal"<br>"Reduce y Affoja las Flemas"<br>"Controla la Tos" | The following phrases are in white letters against an orange background which is against a green background:<br><br>"Relieves Headache & Fever (Acetaminophen)";<br><br>"Controls Cough (Dextromethorphan Hbr)";<br><br>"Thins and Loosens Mucus (Guaifenesin)";<br><br>"Relieves Nasal Congestion (Penylephrine HCI)" |

**Comparison of TUKOL 3 Adult formula with TWKOF** Adult formula

 

| Description of packaging TUKOL 3 (Shown on the store shelf next to Defendant's product in the Complaint) | TWKOF |
|---|---|

# EXHIBIT D

# United States of America

## United States Patent and Trademark Office

# Twkof

**Reg. No. 6,265,508**

**Registered Feb. 09, 2021**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Mprezas Inc  (CALIFORNIA CORPORATION)
4900 Hopyard Rd Suite 100
Pleasanton, CALIFORNIA 94588

CLASS 5: Cough treatment preparations; Pain relief medication; Preparations for treating colds

FIRST USE 6-25-2019; IN COMMERCE 6-25-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-040,540, FILED 07-07-2020







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

