UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENOMMA LAB INTERNACIONAL, S.A.B. DE C.V.,<br><br>    Plaintiff,<br><br>    v.<br><br>MPREZAS, INC., et al.,<br><br>    Defendants. | Case No. 3:22-cv-01759-WHO<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 142 |

Good cause appearing pursuant to the Stipulated Motion to Dismiss by all parties to this action, and terms therein, **IT IS ORDERED THAT:**

1. This Court shall retain jurisdiction to determine and effectuate compliance with the Settlement Agreement between the parties and to rule upon any motions filed in accordance with the terms of the Settlement Agreement between the parties.

2. All claims in this matter are DISMISSED with prejudice.   Each side to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: August 27, 2024

William H. Orrick
United States District Judge